Prob 19
(1/82)

RECEIVED
By U.S. MARSHALS EASTERN OKLAHOMA at 3:10 pm, Apr 07, 2023

# United States District Court
## for the
### EASTERN DISTRICT OF OKLAHOMA

U.S.A.  vs  Taylor, Justin Keith                    Docket No.   CR-21-00058-001-RAW

TO:   Any United States Marshal or any other authorized officer.

---

**WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE**

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Justin Keith Taylor | M | W | 40 |

ADDRESS (STREET, CITY, STATE)

SENTENCE IMPOSED BY (NAME OF COURT)
Honorable Ronald A. White

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Bonnie N. Hackler | Zeka L. Stephens | 4/7/2023 |

---

**RETURN**

| Warrant received and executed | DATE RECEIVED 4/7/2023 | DATE EXECUTED 4/15/2023 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

U.S. Marshal Service
Eastern Oklahoma
111 N 5th Street, Suite 136
Muskogee, OK 74401

FILED
APR 1 8 2023
BONNIE HACKLER
Clerk, U.S. District Court
By _____ Deputy Clerk

| NAME ZEBULON GENSMER, DUSM | (BY) [signature] | DATE 4/17/2023 |
|---|---|---|

Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF OKLAHOMA;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."